IN THE UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF NORTH CAROLINA
CHARLOTTE DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA ) | DOCKET NO. **3:23-cr-263** |
| ) | |
| v. ) | **FACTUAL BASIS** |
| ) | |
| **GARY MATTHEW SORICHETTI** ) | |
| ———————————————————) | |

NOW COMES the United States of America, by and through Dena J. King, United States Attorney for the Western District of North Carolina, and hereby files this Factual Basis in support of the plea agreement filed simultaneously in this matter.

This Factual Basis is filed pursuant to Local Criminal Rule 11.2 and does not attempt to set forth all of the facts known to the United States at this time. By their signatures below, the parties expressly agree that there is a factual basis for the guilty plea(s) that the defendant will tender pursuant to the plea agreement, and that the facts set forth in this Factual Basis are sufficient to establish all of the elements of the crime(s). The parties agree not to object to or otherwise contradict the facts set forth in this Factual Basis.

Upon acceptance of the plea, the United States will submit to the Probation Office a "Statement of Relevant Conduct" pursuant to Local Criminal Rule 32.4. The defendant may submit (but is not required to submit) a response to the Government's "Statement of Relevant Conduct" within seven days of its submission. The parties understand and agree that this Factual Basis does not necessarily represent all conduct relevant to sentencing. The parties agree that they have the right to object to facts set forth in the presentence report that are not contained in this Factual Basis. Either party may present to the Court additional relevant facts that do not contradict facts set forth in this Factual Basis.

On or about February 28, 2020, in Mecklenburg County, within the Western District of North Carolina and elsewhere, the defendant, Gary Matthew Sorichetti, being an individual on an aircraft in the special aircraft jurisdiction of the United States, namely on board American Airlines Flight 5062 travelling from Sarasota, Florida, landing at Charlotte, North Carolina, did knowingly and intentionally engage in sexual contact with an adult female ("Victim"), that is, the touching of the groin of Victim, without Victim's permission and with the intent to abuse, humiliate, harass, degrade, and arouse and gratify the sexual desire of any person. All in violation of Title 18, United States Code, Section 2244(b) and Title 49, United States Code, Section 46506(1).

DENA J. KING
UNITED STATES ATTORNEY

NICK J. MILLER
ASSISTANT UNITED STATES ATTORNEY

<u>Defendant's Counsel's Signature and Acknowledgment</u>

     I have read this Factual Basis and the Bill of Information in this case and have discussed them with the defendant. Based on those discussions, I am satisfied that the defendant understands the Factual Basis and the Bill of Information. I hereby certify that the defendant does not dispute this Factual Basis with the exception of those facts to which I have specifically reserved the right to object, and understands that it may be used for the purposes stated above.

DATED: 1/24/23

NOELL P. TIN, Attorney for Defendant

2